478 A.2d 59

Commonwealth v. Morris, Appellant.
Petition for Allowance of Appeal
Denied Oct. 9, 1984.

Submitted April 16, 1984. Howard F. Knisely, for appellant; Joseph C. Madenspacher, Assistant District Attorney, for Commonwealth, appellee.

Before MONTEMURO, CERCONE and HESTER, JJ.

Judgment of sentence affirmed.

478 A.2d 60

Commonwealth v. Quinones, Appellant.

Submitted April 2, 1984. Gilbert E. Toll, for appellant; Jane C. Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before WIEAND, JOHNSON and LIPEZ, JJ.

Judgment of sentence affirmed.